August 9, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

## IN THE MATTER OF THE MARRIAGE OF CHELSEA RENE GRAUN AND JOSEPH LEE GRAUN

NO. 14-16-00375-CV

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on April 15, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Chelsea Graun.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.